# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19CV272-MOC-DSC

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DALE E. DOROW et. al., | ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Christopher R. Brennan, Gerard Donovan, Kirsten Rydstrom and Gregory Vose]" (documents ##9-12) filed July 9, 2019. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: July 9, 2019

David S. Cayer
United States Magistrate Judge