# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00272-MOC-DSC

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIAM M. GRISWOLD AND ) | |
| DALE E. DOROW, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on "Defendants' Motion to Stay Discovery" (document # 29) and the parties' briefs and exhibits.

Defendants contend that discovery should be stayed pending resolution of motions to dismiss and to transfer venue in the Northern District of Georgia, <u>Philips Med. Sys. Nederland B.V. v. TEC Holdings, Inc.</u>, N.D. Ga. File No. 1:17-cv-02864-LMM. While the two actions may arise from the same set of operative facts, the Georgia action involves different defendants and claims. Defendants have failed to show good cause for a stay. For that reason and the other reasons set forth in Plaintiff's brief, the Motion is <u>denied</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: January 10, 2020

David S. Cayer
United States Magistrate Judge