UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-272-MOC-DSC

| PHILLIPS NORTH AMERICA, LLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **ORDER** |
| | ) | |
| DALE E. DOROW, | ) | |
| WILLIAM M. GRISWOLD, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Strike Affirmative Defenses. (Doc. No. 25).

Plaintiff's Motion to Strike Affirmative Defenses, (Doc. No. 25) is **DENIED** for the reasons stated in Defendants' brief in opposition to the motion.

**IT IS SO ORDERED.**

Signed: January 13, 2020

Max O. Cogburn Jr.
United States District Judge