IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00272-MOC-DSC

| | |
|---|---|
| PHILIPS NORTH AMERICA LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WILLIAM M. GRISWOLD et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for J.D. Schneider]" (document #40) filed August 20, 2020. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 20, 2020

David S. Cayer
United States Magistrate Judge