# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-00272-MOC-DSC

| | | |
|---|---|---|
| **PHILIPS NORTH AMERICA LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DALE E. DOROW et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

       **THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Nick Colic and Bethany N. Mihalik]" (documents ##66 and 67) filed July 14, 2021. For the reasons set forth therein, the Motions will be <u>granted</u>

       The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Max O. Cogburn, Jr.</u>

       **SO ORDERED**.

Signed: July 15, 2021

David S. Cayer
United States Magistrate Judge