IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-00272-MOC-DSC

| | |
|---|---|
| **PHILIPS NORTH AMERICA LLC,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **DALE E. DOROW et. al.** | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Christine Morgan]" (document #81) filed August 10, 2021. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: August 12, 2021

_____
David S. Cayer
United States Magistrate Judge