UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-21-MOC-DCK

| | |
|---|---|
| PHILIPS NORTH AMERICA, LLC, et al., ) ) ) Plaintiffs, ) ) vs. ) ) TEC HOLDINGS, INC., et al., ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER** comes before the Court on a Motion to Stay Proceedings, filed by Defendants TEC Holdings, Inc., Transtate Equipment Company, Inc., and Robert Wheeler. (Doc. No. 411).

The Court held a hearing on the motion to stay on November 15, 2021. In their written motion and as requested orally in court, Defendants seek a stay of this matter and all related civil actions for 90 days to allow time for the FDA to rule on Defendant Transtate's pending FDA Trade Complaint.

The Court **GRANTS** Defendant's motion. <u>This matter, and all related civil matters, are stayed for 90 days. Upon the expiration of the 90 days, the parties shall notify the Court of the status of the FDA Trade Complaint.</u>

**IT IS, THEREFORE, ORDERED** that:

1. Defendants' Motion to Stay, (Doc. No. 411), is **GRANTED**.

2. The Clerk is respectfully instructed to file this Order in the following related cases: 3:19cv272, 3:19cv373, 3:19cv444, 3:20cv141.

Signed: December 10, 2021

*Max O. Cogburn Jr*
United States District Judge