UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-21-MOC-DCK

| | |
|---|---|
| PHILIPS NORTH AMERICA, LLC, et al., ) ) ) Plaintiffs, ) ) vs. ) ) TEC HOLDINGS, INC., et al., ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER** comes before the Court on its own motion.

On December 10, 2021, in response to the parties' motion to stay, this Court stayed this matter and all related civil actions for 90 days to allow time for the FDA to rule on Defendant Transtate's pending FDA Trade Complaint. The 90 days has passed, the parties filed a Status Report on March 20, 2022, and the parties filed additional briefing on the stay issue on April 7, 2022.

The Court finds that the stay is **HEREBY LIFTED** in this matter and in <u>all</u> related civil actions. Litigation may proceed in <u>all</u> related Philips cases.

**IT IS SO ORDERED**.

Signed: June 15, 2022

Max O. Cogburn Jr
United States District Judge

1