UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-272-MOC

| | |
|---|---|
| PHILLIPS NORTH AMERICA LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| DALE E. DOROW and WILLIAM M. ) | |
| GRISWOLD, ) | **ORDER** |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' joint Motion to Stay. (Doc. No. 110). The parties request, pursuant to Federal Rule of Civil Procedure 16(b)(4), that the Court: (i) vacate the remaining pretrial deadlines set forth in the Court's November 9, 2022 Order (Text-Only Order Granting Doc. No. 109); (ii) stay the instant action until 60 days after rulings on all post-trial motions in the related case that was recently tried (3:20-cv-21-MOC-DCK); and (iii) schedule a status conference upon the expiration of the stay to discuss a revised schedule for this matter.

A scheduling order may be modified "only for good cause and with the judge's consent." FED. R. CIV. P. 16(b)(4). "Good cause requires the party seeking relief [to] show that the deadlines cannot reasonably be met despite the party's diligence, and whatever other factors are also considered, the good-cause standard will not be satisfied if the [district] court concludes that the party seeking relief (or that party's attorney) has not acted diligently in compliance with the schedule." Cook v. Howard, 484 Fed.Appx. 805, 815 (4th Cir. 2012) (unpublished opinion) (citations omitted).

1

Finding good cause for the motion, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties' joint Motion to Stay, Doc. No. 110, is **GRANTED**. The remaining pretrial deadlines set forth in the Court's November 9, 2022 Order, Text-Only Order Granting Doc. No. 109, are **VACATED** and this instant action is **STAYED** until 60 days after rulings on all post-trial motions in the related case (3:20-cv-21-MOC-DCK). A status conference will be scheduled upon expiration of the stay.

Signed: May 26, 2023

Max O. Cogburn Jr
United States District Judge